UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRANDON ORTEGO                             CIVIL ACTION NO. 16-56-P

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

STEVEN HAYDEN, ET AL.                      MAGISTRATE JUDGE HORNSBY

ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED IT** that Plaintiff's civil rights claims regarding the administrative remedy procedure and false disciplinary report be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). Plaintiff's claims against Steven Hayden regarding his placement on suicide watch and retaliation remain pending at this time.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this the 12th day of December, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE