UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BRANDON ORTEGO | CIVIL ACTION NO. 16-0056 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STEVEN HAYDEN, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Steven Hayden's **Motion for Summary Judgment (Doc. 49)** is **granted** and all claims against Steven Hayden are **dismissed with prejudice**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of November, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT